# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4754

_____

TROY HILL,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Prohibition – Original Jurisdiction.

February 5, 2019

PER CURIAM.

The writ of prohibition is denied on the merits. *See Erlinger v. Federico*, 242 So. 3d 1177, 1182 (Fla. 1st DCA 2018) (holding that unfavorable legal rulings do not provide grounds for disqualification).

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Troy Hill, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Respondent.